UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO BARAJAS JR., <br><br> Plaintiff, <br><br> vs. <br><br> G. GONZALEZ et al., <br><br> Defendants. | Case No. EDCV 15-1082-ODW (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed.[1] The Court accepts the findings and recommendations of the Magistrate Judge in the R&R, as well as her findings and conclusions in the June 25, 2015 Order Dismissing Plaintiff's Complaint with Leave to Amend.

---

[1] Several pieces of mail the Court has sent to Petitioner have been returned as undeliverable, with the notation that Petitioner is no longer in custody. Petitioner has not filed a change of address, but the Court served the report and recommendation on him at the noncustodial address he used on his First Amended Complaint. He nonetheless has not filed any objections to it.

1    IT THEREFORE IS ORDERED that this action is DISMISSED WITH
PREJUDICE for failure to state a claim.

DATED: September 3, 2015                    _____
                                            OTIS D. WRIGHT, II
                                            U.S. DISTRICT JUDGE