**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFREDO BARAJAS JR., | ) Case No. EDCV 15-1082-ODW (JPR) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| G. GONZALEZ et al., | ) |
| Defendants. | ) |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 3, 2015

_____
OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE